U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)
Case No.: 03-50035-LMI

IN RE:

REBECCA J. CLIETT
_____/

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

Comes now, Tony Pornprinya, attorney for Condo G at Mediterranean Condominium Association and files the following Notice of Creditor's Change of Address.  The new address for the creditor is:

Condo G at Mediterranean Condominium
c/o Law Offices Tony Pornprinya
10800 Biscayne Blvd., Suite 988
Miami, Florida 33161


  /s/ Tony Pornprinya _____
Tony Pornprinya, Esq
10800 Biscayne Blvd., Ste 988
Miami, FL 33161
FBN: 0027960

### Certificate of Service

I HEREBY CERTIFY that on January 9, 2009 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day to Trustee Nancy N. Herkert, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Tony Pornprinya_____